# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

----------------------------------------

WESLEY

-v-

CITY OF NEW YORK, et al

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-7132__

JUDGE: __KMW__

DATE: SEPTEMBER 22, 2008

## INDEX TO THE RECORD ON APPEAL

*(U.S. DISTRICT COURT FILED SEP 22 2008 stamp)*

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) **Original Record**                              (_____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of September, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

WESLEY

-v-

CITY OF NEW YORK, et al

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-w-7132

JUDGE: KMW

DATE: SEPTEMBER 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through  5 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed | Document Description
--- | ---

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of September In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-07132-KMW
### Internal Use Only

Wesley v. City of New York et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/11/2008
Date Terminated: 08/11/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Michael Donnel Wesley.(mbe) (Entered: 08/25/2008) |
| 08/11/2008 | 2 | COMPLAINT against Brian Riorodam, New York City Department of Correction, Department of Probation, New York City Department of Correction Central Office Review Committee, John Antonell, Linda LaGreca, Clyton Eastwood, Jacaulin Thomas Andrew, Board of Correction, Board Members, Stanley Kreitman, Rose Marie Moldonado, Paul A. Vallone, Milton L. Williams, Jr, Richard M. Nahman, Kennith Armstend, Alexander Root, Gwen L. Zurnberg, Michael J. Regan, Hildy J. Simmons, City of New York, Cathy Potler, Richard J. Wolf, Canino, Garcia, Ruff, Bilboa, Dommis, Williams, Emmanuel A. Bailey. Document filed by Michael Donnel Wesley.(mbe) (Entered: 08/25/2008) |
| 08/11/2008 | | SUMMONS ISSUED as to Brian Riorodam, New York City Department of Correction, Department of Probation, New York City Department of Correction Central Office Review Committee, John Antonell, Linda LaGreca, Clyton Eastwood, Jacaulin Thomas Andrew, Board of Correction, Board Members, Stanley Kreitman, Rose Marie Moldonado, Paul A. Vallone, Milton L. Williams, Jr, Richard M. Nahman, Kennith Armstend, Alexander Root, Gwen L. Zurnberg, Michael J. Regan, Hildy J. Simmons, City of New York, Cathy Potler, Richard J. Wolf, Canino, Garcia, Ruff, Bilboa, Dommis, Williams, Emmanuel A. Bailey. (mbe) (Entered: 08/25/2008) |
| 08/11/2008 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 08/25/2008) |
| 08/11/2008 | 3 | ORDER OF DISMISSAL Accordingly, plaintiff seeks to proceed in forma pauperis pursuant to 28 U.S.C. 1915. I direct the Clerk of Court to assign a docket number to this action, but dismiss the complaint for the following reasons. The complaint, is dismissed for failure to allege that plaintiff is under imminent danger or serious physical injury. The Clerk of this Court is directed to collect the $ 350.00 filing fee from plaintiff in accordance with the Prison Litigation Reform Act of 1995. Plaintiff continues to be barred from filing any civil action in the federal courts under the informa pauperis statute while he is a prisoner, unless his allegations bring his complaint within the terms of the statute's "imminent danger" exception. The Court certifies under 28 U.S.C. 1915(a)(3)that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 8/11/2008) (mbe) (Entered: 08/25/2008) |
| 08/11/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/11/2008) (mbe) (Entered: 08/25/2008) |
| 09/04/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Michael Donnel Wesley. Copies mailed to attorney(s) of record: Corporation Counsel.(tp) (Entered: 09/19/2008) |
| 09/04/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Michael Donnel Wesley. $455.00 APPEAL FEE DUE. IFP REVOKED 8/11/08. (tp) (Entered: 09/19/2008) |
| 09/19/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 09/19/2008) |
| 09/19/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 09/19/2008) |