MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 9 2009

S.D.N.Y. - N.Y.C.
08-cv-7132
Wood, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of January, two thousand nine,

Present:
    Hon. José A. Cabranes,
    Hon. Richard C. Wesley,
        *Circuit Judges*,
    Hon. Edward R. Korman,*
        *District Judge.*

FEB 17 2009

Michael D. Wesley,

    *Plaintiff-Appellant*,

v.

08-4721-pr

City of New York, *et al.*,

    *Defendants-Appellees.*

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk

    By: /s/

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

---

*The Honorable Edward R. Korman, Senior Judge of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-MGM

Issued as Mandate: 3/17/09 yc